# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | CRIMINAL ACTION |
| v. | : | NO. 08-201-2 |
| | : | |
| DAVID LEE SPIKES, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of September, 2015, upon consideration of Defendant David Lee Spikes's Motion for Judicial Notice and Fraud Upon the Court (Docket No. 287), it is hereby **ORDERED** that:

1. Mr. Spikes's Motion for Fraud Upon the Court (Docket No. 287) is construed as a motion to vacate, set aside, or correct a federal sentence under 28 U.S.C. § 2255 and is **DISMISSED without prejudice** for lack of subject matter jurisdiction;

2. The motion is **TRANSFERRED** to the United States Court of Appeals for the Third Circuit, pursuant to 28 U.S.C. § 1631, as an application to file a second or successive § 2255 motion;

3. To the extent Mr. Spikes's Motion (Docket No. 287) requests that the Court take judicial notice of certain documents, that request is **DEEMED moot**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge