## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID LEE SPIKES | : | No. 08-201-2 |
| | : | |

## ORDER

**AND NOW**, this _____ day of October, 2020, upon consideration of David Lee Spikes's *pro se* Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 357), the Government's Response in Opposition (Doc. No. 358), and Mr. Spikes's Response to the Government (Doc. No. 361), it is **ORDERED** that the Motion (Doc. No. 357) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**